**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Daniel L. SPENCE, Defendant–Appellant.**

No. 03–6081.

United States Court of Appeals, Fourth Circuit.

Submitted March 6, 2003.

Decided March 17, 2003.

Daniel L. Spence, Appellant Pro Se. Thomas Michael DiBiagio, United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Daniel L. Spence seeks to appeal the district court's order denying relief on his

motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Spence has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* —— U.S. ——, 123 S.Ct. 1029, —— L.Ed.2d —— (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*